Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

FILED
2023 SEP 26  AM 9:50

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V.  PLAINTIFF | 2:23-MJ-04908 |
| USMS# _____   Lipman, Jonathan   DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 09/26/2023 at _____  [X] AM  [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  [ ] Yes  [X] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  [ ] Yes  [X] No

4. Charges under which defendant has been booked:
   18 U.S.C. § 875(c) Threat by Interstate Communication

5. Offense charged is a:  [X] Felony   [ ] Minor Offense   [ ] Petty Offense   [ ] Other Misdemeanor

6. Interpreter Required:  [X] No  [ ] Yes   Language: English

7. Year of Birth: 1989

8. Defendant has retained counsel:  [X] No
   [ ] Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Jacob Tomes   (please print)

12. Office Phone Number: 571-660-0297

13. Agency: FBI

14. Signature: /s/

15. Date: ~~09/25/2023~~ JT  09/26/2023

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION